UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE S. EWING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV392 HEA |
| | ) | |
| JAMES PURKETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having certified that an appeal in this case would not be taken in good faith, and in accordance with the Court's July 6, 2009 Order,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #13] is **DENIED** without prejudice, with leave for plaintiff to refile his motion in the Eighth Circuit Court of Appeals should he wish to do so.

Dated this 8th day of July, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE