UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JERMAINE S. EWING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:09CV392 HEA |
| JAMES PURKETT, et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is plaintiff's second motion to proceed in forma pauperis on appeal. As noted in the Court's July 8, 2009 Order, having certified that an appeal would not be taken in good faith,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #19] is **DENIED**.

Dated this 17th day of August, 2009.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE